DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Appellant,

v.

MICHAEL J. DOUGHERTY,
and unknown person in possession of
property n/k/a SCOTT CURTIS,

Appellees.

No. 2D20-1356

_____

September 15, 2021

Appeal from the Circuit Court for Collier County; Elizabeth V. Krier,
Judge.

David Rosenberg and Jarrett Cooper of Robertson, Anschutz &
Schneid, P.L., Boca Raton, for Appellant.

Michael Alex Wasylik of Ricardo & Wasylik, PL, Dade City, for
Appellee.

No appearance for remaining Appellee.

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.